PD-0046-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/20/2015 5:07:51 PM
Accepted 1/22/2015 3:44:31 PM
ABEL ACOSTA
CLERK

CAUSE NO.
PD-0046-15

IN THE CRIMINAL COURT OF APPEALS
AUSTIN, TEXAS

DONALD WESTON KING,
*Petitioner/Appellant*

FILED IN
COURT OF CRIMINAL APPEALS

January 22, 2015

ABEL ACOSTA, CLERK

VS.

STATE OF TEXAS,
*Respondent/Appellee*

FIRST MOTION FOR EXTENSION OF TIME IN WHICH
TO FILE STATE'S REPLY TO
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE CRIMINAL COURT OF APPEALS:

The State files this First Motion for Extension of Time in Which to File State's Reply to Petition for Discretionary Review, and in support states:

1.    The State's current deadline for filing its brief is January 30, 2015.

2.    This is the State's first Motion For Extension of Time in which to file its reply.

3. The State respectfully requests an extension of approximately seven days, until February 6, 2015 in which to file its reply.

4. Good cause exists for the State's request for extension of time in which to file its reply. Our office has experienced drastic changes in the flow of case assignments due to new administration. This has significantly delayed the completion of this reply.

5. This extension is not being sought to cause undue delay, but to seek justice.

6. For the foregoing reasons, the State respectfully requests that the Court grant an approximate seven-day extension for filing State's Reply to Petition for Discretionary Review until February 6, 2015.

Respectfully submitted,

Jennifer Stalbaum
Assistant Criminal District Attorney
Hays County, Texas
Hays County Government center
712 South Stagecoach Trail, Ste. 2057
San Marcos, Texas 78666
jennifer.stalbaum@co.hays.tx.us
(512) 393-7600
(512) 393-2246 fax
State Bar No. 24079383
COUNSEL FOR APPELLEE

The foregoing Appellant Motion for Extension of Time in Which to File State's Reply to Petition for Discretionary Review was subscribed and sworn to before me by Jennifer Stalbaum on this the 20th day of January 2015.

_____
Jennifer Stalbaum

RHONDA WIEDERSTEIN
MY COMMISSION EXPIRES
September 9, 2018

_____
Notary Public in and for the State of Texas

## CERTIFICATE OF CONFERENCE

I certify that I emailed Appellant's attorney Kevin Fine at kfine@kevinfinelaw.com to ask if he opposed the extension, on January 20, 2015 at 4:15 p.m. Mr. Fine responded that he does not object.

_____
Jennifer Stalbaum

## CERTIFICATE OF SERVICE

I certify that on January 20, 2015, I served the above motion by email to kfine@kevinfinelaw.com, in accordance with the Texas Rules of Appellate Procedure.

_____
Jennifer Stalbaum